**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

|  |  |  |
|---|---|---|
| MARCELO SEIXAS-DE CASTRO, | : | Civil Action No. 14-7189(SRC) |
| Petitioner, | : | |
| v. | : | **OPINION AND ORDER** |
| ERIC HOLDER, Jr., ATTORNEY GENERAL ET AL. | : | |
| Respondents. | : | |

**CHESLER**, District Judge

On November 14, 2014, the Clerk received Plaintiff's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc No. 1.) Petitioner failed to pay the filing fee or submit an application to proceed without payment of fees, pursuant to 28 U.S.C. § 1915. The filing fee for a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is five dollars. See 28 U.S.C. § 1914(a). If Plaintiff cannot afford to pay $5.00, he may submit a properly completed "Application to Proceed In Forma Pauperis Non-Prisoner," which will be supplied to him by the Clerk of Court.

IT IS, therefore, on this _____ day of March 2015,

1

**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry reading, "CIVIL CASE TERMINATED"; and it is further

**ORDERED** that Petitioner may reopen this matter by submitting, within thirty days from the date of entry of this Opinion and Order, the $5.00 filing fee or a properly executed form "Application to Proceed In Forma Pauperis Non-Prisoner," accompanied by his 2241 petition; and no statement in this Opinion and Order shall be construed as withdrawal of this Court's jurisdiction; and it is further

**ORDERED** that the Clerk shall serve this Opinion and Order upon Plaintiff by regular U.S. Mail, together with the following blank form: "Application to Proceed In Forma Pauperis Non-Prisoner."

**Stanley R. Chesler**
**United States District Judge**

2